■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE R. WOODRING, Appellant. [627 NYS2d 605] —Judgment unanimously reversed on the law and indictment dismissed. Same Memorandum as in *People v Schmadebeck* (214 AD2d 1016 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.